IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

THE CLOISTERS OF GREENFIELD
CONDOMINIUM CORP.,

      Plaintiff,

v.

SECRETARY OF HOUSING AND
URBAN DEVLOPMENT OF WASHINGTON D.C.,

      Defendant.

Case No. 23-CV-279
(Milwaukee County Circuit Court
Case No. 22-CV-7364)

---

## NOTICE OF REMOVAL

---

Defendant Secretary of Housing and Urban Development, by and through Gregory J. Haanstad, United States Attorney for the Eastern District of Wisconsin, and Luke P. Sinclair, Assistant United States Attorney, respectfully represents the following:

1. There is now pending before the Milwaukee County Circuit Court a matter captioned *The Cloisters of Greenfield Condominium Corp. v. Secretary of Housing and Urban Development of Washington D.C.*, Case No. 22-CV-7364.

2. The United States Attorney's Office was served with summons & the complaint, a copy of which is attached and marked as Exhibit A, on February 7, 2023.[1] The plaintiff subsequently amended the complaint. A copy of the amended summons and complaint are

---

[1] Removal is timely under 28 U.S.C. § 1446(b) because, although Plaintiff previously served the Secretary of Housing and Urban Development, service is required upon the United States Attorney and the Attorney General, as well. 28 U.S.C. § 2410(b); *see also O'Callaghan v. United States*, 686 F. Supp. 2d 826, 828-29 (N.D. Ill. 2010) (noting that state court service on the United States must comply with formal service requirements of Fed. R. Civ. P. 4(i) to commence 30-day removal period under 28 U.S.C. § 1446(b)).

attached and marked as Exhibit B.

3. A civil action commenced in state court against "[t]he United States or any agency thereof, in an official or individual capacity, for or relating to any act under color of such office" may be removed to "the district court of the United States for the district and division embracing the place wherein it is pending." 28 U.S.C. § 1442(a)(1).

4. Additionally, "[a]ny action brought under section 2410 of this title [for actions affecting property on which the United States has a lien] against the United States in any State court may be removed by the United States to the district court of the United States for the district and division in which the action is pending." 28 U.S.C. § 1444.

5. Removal of this action is authorized under 28 U.S.C. § 1442(a)(1) and/or § 1444, as the plaintiff named as defendant the Secretary of Housing and Urban Development, and the claim of the action putatively is to quiet title in property on which the United States has a lien.

6. Consistent with 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of Milwaukee County, Wisconsin, and served on Plaintiff.

WHEREFORE, the action now pending in the Milwaukee County Circuit Court should be and is hereby removed to the United States District Court for the Eastern District of Wisconsin.

Dated at Milwaukee, Wisconsin this 1st day of March 2023.

Respectfully submitted,

GREGORY J. HAANSTAD
United States Attorney
Eastern District of Wisconsin

By: *s/ Luke P. Sinclair*

LUKE P. SINCLAIR
Assistant United States Attorney
Wisconsin Bar No. 1087786
Attorney for Defendant
Office of the United States Attorney
Federal Building, Room 530
517 E. Wisconsin Ave.
Milwaukee, WI 53202
Telephone: (414) 297-1700
Fax: (414) 297-4394
E-Mail: luke.sinclair@usdoj.gov